■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OMAR SMITH, Appellant. [713 NYS2d 347] —Judgment, Supreme Court, New York County (Edward McLaughlin, J.), rendered August 18, 1998, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him, as a second felony offender, to a term of 8 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. There is no reason to disturb the hearing court's credibility determinations, which are supported by the record (*see, People v Prochilo,* 41 NY2d 759, 761). The hearing court properly found that there was a valid vehicle stop based on a traffic violation. The police were permitted to order defendant, a passenger, to exit the vehicle (*see, People v Robinson,* 74 NY2d 773, *cert denied* 493 US 966). Under the suspicious circumstances present, they were also permitted to touch defendant's waistband bulge as a protective measure (*People v Brunson,* 166 AD2d 204). The officer's subsequent inquiry about the bulge was permissible, and defendant's reply indicating that he possessed a quantity of drugs provided probable cause for the officer to seize the object and recover the contents (*see, People v Hollman,* 79 NY2d 181; *People v De Bour,* 40 NY2d 210). Concur— Nardelli, J. P., Mazzarelli, Lerner, Andrias and Buckley, JJ.